AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

__FIRST__ DISTRICT OF __MASSACHUSETTS__

UNITED STATES

v.

RANDOLPH MILLS,
a/k/a "Dashe Beckford"

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   United States of America

I certify that I am admitted to practice in this court.

__4-14-05__
Date

__(signature)__
Signature

__Ariane D. Vuono__                              __545766__
Print Name                                       Bar Number

__1550 Main Street, Room 310__
Address

__Springfield__        __MA__        __01103__
City                   State         Zip Code

__413-785-0330__       __413-785-0394__
Phone Number           Fax Number