UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                        )<br>)<br>)<br>RANDOLPH MILLS,                  )<br>a/k/a "Dashe Beckford"            )<br>)<br>         Defendant.              ) | Criminal No. 05- 30018- MAP<br><br>8 U.S.C. § 1326<br>(Illegal Reentry of<br> Deported Alien)<br>(Count One) |

INDICTMENT

The Grand Jury charges:

COUNT ONE:      (Title 8, United States Code,
                Section 1326: Reentry of Deported
                Alien)

   1.   On or about July 29, 2004, in Franklin County, in the District of Massachusetts,

RANDOLPH MILLS,
a/k/a "Dashe Beckford"

the defendant herein, being an alien and having been excluded, deported and removed from the United States, and whose removal was subsequent to the conviction for the commission of an aggravated felony, to wit, sale of Hallucinogen/Narcotic, who was previously deported on the basis of a conviction for an offense listed at 8 U.S.C. § 1101(a)(43)(G), was found in the United States of America without having received the express consent of the United States Attorney prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
ARIANE D. VUONO
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed on April 14, 2005. at 3:40pm.

_____
DEPUTY CLERK OF COURT