**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

TO the Marshal for the District of Massachusetts, or any of his deputies, and to:

**FRANKLIN COUNTY HOUSE OF CORRECTIONS
P.O. Box 780
Greenfield, MA 01302**

YOU ARE COMMANDED to have the body of **RANDOLPH MILLS, a/k/a "Dashe Beckford" (year of birth 1974)** now in your custody, before the United States District Court for the District of Massachusetts, Western Section, Federal Building and Courthouse, Marshal's Office, Room 418, 1550 Main Street, Springfield, MA, on **May 6, 2005 at 9:30 a.m.** for the purpose of **initial appearance and arraignment** in the case of **UNITED STATES v. MILLS**, Criminal Action No. **04-30033-MAP**. And you are to retain the body of said **RANDOLPH MILLS** before the Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said before said Court shall be necessary, and as soon as may be thereafter to return said before said Court shall be necessary, and as soon as may be thereafter to return said **RANDOLPH MILLS** to the institution from which (s)he was taken, under safe and secure conduct, to be there imprisoned as if (s)he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

DATED at Springfield, Massachusetts, this fourth day of May, 2005.

                                                Sarah A. Thornton, Clerk

                           By:  **/s/ Bethaney A. Healy**
                                  Deputy Clerk

---

I hereby certify that this writ has been satisfied with the named defendant being returned to the custody of _____ following his/her presentment in U.S. District Court, Springfield, Massachusetts.

**CERTIFICATION:** _____  Dated: _____