UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 05-30018-MAP |
| ) | |
| RANDOLPH MILLS, ) | |
| Defendant ) | |

# THE PARTIES' JOINT STATUS REPORT
# PURSUANT TO LOCAL RULE 116.5(A)

1. <u>Whether Relief Should Be Granted From Otherwise Applicable Timing Requirements of L.R. 116.3</u>

   The parties agree that this case does not require relief from the timing requirements of L.R. 116.3

2. <u>Defendant's Request for Discovery Concerning Expert Witnesses</u>

   Defendant, Randolph Mills, does not require discovery concerning Government expert witnesses.

3. <u>Whether Future Discovery To Be Provided</u>

   Defendant Randolph Mills does anticipate requesting further discovery from the Government.

   The government, at this time, does not anticipate that additional discovery will be provided by the government and the defendant as a result of the future receipt of information, documents, or reports of examinations or tests.

4. <u>Whether A Motion Date Should Be Established Pursuant to F.R.Cr.P. 12(c)</u>

   The parties agree that a motion date should be established. Defendant Randolph Mills anticipates filing motions.

5.   <u>What Periods of Excludable Delay Should Be Ordered Under the Speedy Trial Act</u>

Defendant Randolph Mills takes the position that as of the date of this filing, there are no periods of excludable delay under the Speedy Trial Act attributable to him.

The government takes the position that the time from arraignment, through the present is excludable from the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and L.R. 112.2(A)(1), (2), and (3). Accordingly, the government requests that the Court issue an order indicating that the time form arraignment to the present is excludable pursuant to L.R. 112.2(B).

6.   <u>Whether A Trial Is Anticipated, and Length</u>

It is too early to determine if a trial will be necessary.

7.   <u>Date for Final Status Conference and/or Interim Status Conference</u>

Defendant Randolph Mills suggests that a further status conference should be held in thirty (30) to sixty (60) days.

|  |  |
|---|---|
| The defendant, | Michael J. Sullivan<br>U.S. Attorney |
| By: _/s/ John S. Ferrara_<br>John S. Ferrara, Esq.<br>Dalsey, Ferrara, & Albano<br>73 State Street, Suite 101<br>Springfield, MA 01103<br>Tel. No. (413) 736-6971<br>Fax No. (413) 746-9224<br>BBO No. 542078 | By: _/s/ Ariane D. Vuono, AUSA_<br>Ariane D. Vuono, A.U.S.A.<br>U.S. Department of Justice<br>111550 Main Street, Room 310<br>Springfield, MA 01103<br>Tel. No. (413) 785-0235<br>Fax No. (413) 785-0394 |

Dated:    June 23, 2005