UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-30018-MAP |
| ) | |
| RANDOLPH MILLS, ) | |
| Defendant ) | |

INTERIM STATUS REPORT
June 23, 2005

NEIMAN, U.S.M.J.

The court held an initial Status Conference this day, pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a final Status Conference for August 23, 2005.

3. The court hereby rules that fourteen days have run on the Speedy Trial clock to date. Defendant has requested and the court agrees that no further time run on the Speedy Trial clock through August 23, 2005. A separate order shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

/s/  Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge