UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 05-30018-MAP |
| | ) | August 23, 2005 |
| RANDOLPH MILLS, | ) | |
| Defendant | ) | |

## PARTIES' SECOND JOINT STATUS REPORT

1. **Whether Relief Should Be Granted From Otherwise Applicable Timing Requirements of L.R. 116.3**

    Defendant Randolph Mills does require relief from the timing requirements of L.R. 116.3. More than fourteen days have passed since defendant received a response to a discovery letter, dated June 23, 2005. The response was received June 28, 2005. Defense counsel has not followed up on the responsive letter from the Government, and may yet need to file a discovery motion.

2. **Defendant's Request for Discovery Concerning Expert Witnesses**

    Defendant, Randolph Mills, does not require discovery concerning Government expert witnesses.

3. **Whether Future Discovery To Be Provided**

    Defendant Randolph Mills does anticipate requesting further discovery from the Government. The Government has offered to provide the defendant "with all documents in its possession that pertain to: 1) Mr. Mills' prior convictions; and 2) Mr. Mills' deportation and removal proceedings." The defendant was to request that latter information from Homeland Security Agent, Stephen Back.

4. <u>Whether A Motion Date Should Be Established Pursuant to F.R.Cr.P. 12(c)</u>

   Defendant Randolph Mills anticipates filing the following motions:

   1.) Motion for Discovery;
   2.) Motion for Appointment of Immigration Counsel.

5. <u>What Periods of Excludable Delay Should Be Ordered Under the Speedy Trial Act</u>

   The period of time from May 20, 2005 to August 23, 2005 was previously excluded by the Court by its order of June 24, 2005. The defendant would agree that the period from this date until the next scheduled event should be excluded. Defendant requests a motion hearing date and another status conference.

6. <u>Whether A Trial Is Anticipated, and Length</u>

   It is too early to determine if a trial will be necessary.

7. <u>Date for Final Status Conference and/or Interim Status Conference</u>

   Defendant Randolph Mills suggests that a further status conference should be held in sixty (60) days.

|  |  |
|---|---|
| The defendant,<br>By: _[signature]_<br>John S. Ferrara, Esq.<br>Dalsey, Ferrara, & Albano<br>73 State Street, Suite 101<br>Springfield, MA  01103<br>Tel. No. (413) 736-6971<br>Fax No. (413) 746-9224<br>BBO No. 542078 | Michael J. Sullivan,<br>United States Attorney<br>By: _[signature]_<br>Ariane D. Vuono, AUSA<br>U.S. Department of Justice<br>1550 Main St., Room 310<br>Springfield, MA  01103<br>Tel. No. (413) 785-0235<br>Fax No. (413) 785-0394 |