UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-30018-MAP |
| ) | |
| RANDOLPH MILLS, ) | |
|     Defendant ) | |

INTERIM STATUS REPORT
August 23, 2005

NEIMAN, U.S.M.J.

The court held an interim Status Conference this day pursuant to Local Rule 116.5 and reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a Final Status Conference for October 25, 2005.

3. The parties -- and the court -- have agreed and determined that no time will run on the Speedy Trial Clock between today and October 25, 2005. A separate order shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge