UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 05-30018-MAP |
| ) | |
| RANDOLPH MILLS, ) | |
| Defendant ) | |

## DEFENDANT'S EMERGENCY MOTION FOR CONTINUANCE

Now comes counsel for the defendant in the above-entitled action and respectfully moves the Court to grant a continuance of the status conference in this matter presently scheduled for October 25, 2005, for the following grounds and reasons:

1. Defendant's counsel has a mediation of a medical malpractice matter in Boston the morning of October 25, 2005.

2. The mediation of this matter is for a trial scheduled in November.

3. Counsel will not return from Boston in time to attend the status conference.

Wherefore, for the foregoing reasons, counsel requests that the status conference be continued to the next earliest date convenient to the Court and the government.

An affidavit of counsel in support of this motion is appended hereto.

The defendant,

By: /s/ John S. Ferrara
John S. Ferrara, Esq. BBO No. 542078
Dalsey, Ferrara, & Albano
73 State Street, Suite 101
Springfield, MA 01103
Tel. No. (413) 736-6971
Fax No. (413) 746-9224

Dated: October 21, 2005

## AFFIDAVIT IN SUPPORT OF MOTION FOR CONTINUANCE

I, John S. Ferrara, upon information and belief depose and state:

1. I am an attorney at law representing the defendant in the above-entitled action.
2. The facts set forth in the foregoing numbered paragraphs are true.
3. This application for a continuance is made in good faith and is not made for the purposes of delay.

Signed under the pains and penalties of perjury.

_____
John S. Ferrara

## CERTIFICATE OF SERVICE

I, John S. Ferrara, hereby certify that a true copy of the foregoing document was served upon the Government by hand-delivering a copy of same to Arianne Vuono, Assistant U.S. Attorney, Office of the United States Attorney, 1550 Main Street, Springfield, Massachusetts on this date, October 21, 2005.

_____
John S. Ferrara