UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. ) No. 05-30018-MAP
)
RANDOLPH MILLS, )
      Defendant )

# THE PARTIES' JOINT STATUS REPORT PURSUANT TO LOCAL RULE 116.5(A)

1. **Whether Relief Should Be Granted From Otherwise Applicable Timing Requirements of L.R. 116.3**

   The parties agree that this case does not require relief from the timing requirements of L.R. 116.3

2. **Defendant's Request for Discovery Concerning Expert Witnesses**

   Defendant, Randolph Mills, does not require discovery concerning Government expert witnesses.

3. **Whether Future Discovery To Be Provided**

   Defendant Randolph Mills does not anticipate requesting further discovery from the Government. The government, at this time, does not anticipate that additional discovery will be provided.

4. **Whether A Motion Date Should Be Established Pursuant to F.R.Cr.P. 12(c)**

   The parties agree that a motion date should not be established.

5. <u>What Periods of Excludable Delay Should Be Ordered Under the Speedy Trial Act</u>

The parties now agree that the time from arraignment through the present is excludable from the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and L.R. 112.2(A)(1), (2), and (3). Accordingly, the government requests that the Court issue an order indicating that the time form arraignment to the present is excludable pursuant to L.R. 112.2(B).

6. <u>Whether A Trial Is Anticipated, and Length</u>

The parties have not yet determined whether or not a trial will be required.

7. <u>Date for Final Status Conference and/or Interim Status Conference</u>

No further status conference is required.

The defendant,

By: _____
John S. Ferrara, Esq.
Dalsey, Ferrara, & Albano
73 State Street, Suite 101
Springfield, MA  01103
Tel. No. (413) 736-6971
Fax No. (413) 746-9224
BBO No. 542078

Michael J. Sullivan
U.S. Attorney

By: _____
Ariane D. Vuono, A.U.S.A.
U.S. Department of Justice
111550 Main Street, Room 310
Springfield, MA  01103
Tel. No. (413) 785-0235
Fax No. (413) 785-0394

Dated:    November 2, 2005