UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-30018-MAP |
| | ) | |
| RANDOLPH MILLS, | ) | |
| Defendant | ) | |

FINAL STATUS REPORT
November 2, 2005

NEIMAN, U.S.M.J.

The court held a final status conference this day and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. All discovery has been completed.

2. An initial pretrial conference has been scheduled for December 1, 2005, at 3:00 p.m. in Courtroom I. The parties are presently engaged in plea negotiations.

3. The parties -- and the court -- agree that, as of today, no time has run on the Speedy Trial clock. An Order of Excludable Time shall issue.

4. There are no other matters relevant to the progress or resolution of the case.

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN

U.S. Magistrate Judge

Case 3:05-cr-30018-DPW     Document 16     Filed 11/04/2005     Page 2 of 2