UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-30018-MAP |
| ) | |
| RANDOLPH MILLS ) | |
| ) | |
| Defendant. ) | |

### THE GOVERNMENT'S MOTION FOR ORDER OF EXCLUDABLE DELAY
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests the Court to issue an order of excludable delay. In support of its motion the government states as follows:

1. On August 25, 2005, the Court issued an order of excludable delay from August 23, 2005, through October 25, 2005.

2. A status conference was held on December 1, 2005, and a further status conference was set for January 6, 2006.

3. The government requests that the Court issue an order indicating that the time from October 25, 2005, through January 6, 2006, is excludable from the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(1) and (8).

WHEREFORE, the government respectfully requests that the Court issue an order excluding the time from October 25, 2005, to January 6, 2006, under the Speedy Trial Act, 18 U.S.C. §3161(h)(1) and (8).

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                       By:    /s/ Ariane D. Vuono
                              Ariane D. Vuono
                              Assistant U.S. Attorney
```

Dated: December 2, 2005

## CERTIFICATE OF SERVICE

Hampden,  ss.                        Springfield, Massachusetts
                                     December 2, 2005

I, Ariane D. Vuono, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail on John S. Ferrara, Esq., 75 State Street, Suite 101, Springfield, MA 01103.

```
                              /s/ Ariane D. Vuono
                              Ariane D. Vuono
                              Assistant U.S. Attorney
```