UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR NO.05-30018-MAP |
| | ) |
| RANDOLPH MILLS | ) |

ORDER OF TRANSFER

January 9, 2006

**PONSOR, D.J.**

Due to an unusually heavy criminal docket at this time, a significant risk exists that the court will be unable to dispose of this case within the timelines established by the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq. For this reason, pursuant to Local Rule 40.1(F), the court hereby orders that this case be transferred to the Clerk in Boston to be randomly re-drawn in the Eastern or Central Division.

For the information of the judge who eventually draws the case, all preliminary proceedings before the Magistrate Judge have been completed pursuant to Local Rule 116.5, and as of this date no days have been expended from the Speedy Trial clock. Defense counsel has indicated he may request that the court disregard, at trial, plea, or sentencing, the Indictment's reference to an "aggravated felony" if that Connecticut state court conviction is vacated. The case is ready for a pretrial conference pursuant to Local Rule 117.1 as soon as a new district court judge is assigned.

It is So Ordered.

      /s/ Michael A. Ponsor
      MICHAEL A. PONSOR
      United States District Judge