AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

UNITED STATES

**v.**

RANDOLPH MILLS

**APPEARANCE**

Case Number:  CR-05-30018-JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  United States

I certify that I am admitted to practice in this court.

| 2/13/2006 | /s/ Thomas J. O'Connor, Jr. |
|---|---|
| Date | Signature |

| Thomas J. O'Connor, Jr. | 640433 |
|---|---|
| Print Name | Bar Number |

1550 Main Street, Room 310
Address

| Springfield | MA | 01103 |
|---|---|---|
| City | State | Zip Code |

| 413-785-0395 | 413-785-0394 |
|---|---|
| Phone Number | Fax Number |