UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 05-30018-MAP |
| ) | |
| RANDOLPH MILLS, ) | |
| Defendant ) | |

### **DEFENDANT'S MOTION TO CONTINUE STATUS CONFERENCE**

Now comes counsel for the defendant in the above-entitled action and respectfully moves the Court to grant a continuance of the status conference in this matter presently scheduled for April 12, 2006, for the following grounds and reasons:

1. Defendant's counsel has depositions in a federal civil case, Haddad v. Kahn and Cipriani Accessories, Inc., Western District of Massachusetts, Civil Action No. 3:05 cv 30154 that were scheduled prior to counsel's receipt of the notice of the status conference in this case.

2. Those depositions have been previously re-scheduled.

3. The parties to the action reside out of state and the present depositions have been scheduled to accommodate the parties and their counsel.

4. The discovery deadline in that case is approaching, so that re-scheduling the depositions would likely require filing of motions to extend that deadline.

5.  Counsel has conferred with the Government regarding continuing the status conference.

6.  The Government does not oppose this motion, and it will not unduly delay the resolution of this matter.

An affidavit of counsel in support of this motion is appended hereto.

Wherefore, for the foregoing reasons, counsel requests that the status conference be continued to the next earliest date convenient to the Court.

Counsel for the Government and the defendant are available on any of the following dates: April 26, 27; May 5, 9, 10, and 11.

                                      The defendant,

By: _____
John S. Ferrara, Esq. BBO No. 542078
Dalsey, Ferrara, & Albano
73 State Street, Suite 101
Springfield, MA 01103
Tel. No. (413) 736-6971
Dated: March 30, 2006        Fax No. (413) 746-9224

## AFFIDAVIT IN SUPPORT OF MOTION FOR CONTINUANCE

I, John S. Ferrara, upon information and belief depose and state:

1. I am an attorney at law representing the defendant in the above-entitled action.

2. The facts set forth in the foregoing numbered paragraphs are true.

3. This application for a continuance is made in good faith and is not made for the purposes of delay.

Signed under the pains and penalties of perjury.

_____
John S. Ferrara

## CERTIFICATE OF SERVICE

I, John S. Ferrara, hereby certify that a true copy of the foregoing document was served upon the Government by mailing a copy of same, postage pre-paid to Thomas O'Connor, Assistant U.S. Attorney, Office of the United States Attorney, 1550 Main Street, Springfield, Massachusetts on this date, March 30, 2006.

_____
John S. Ferrara