UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:   SHERIFF - FRANKLIN COUNTY SHERIFF'S OFFICE
          160 ELM STREET, GREENFIELD, MA 01301

YOU ARE COMMANDED to have the body of **RANDOLPH MILLS** now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 20, on the 7TH floor, Boston, Massachusetts on MAY 11, 2006, at 12:00 P.M.

for the purpose of A RULE 11 HEARING

in the case of UNITED STATES OF AMERICA V. RANDOLPH MILLS

CR Number 05-CR-30018 JLT

And you are to retain the body of said **RANDOLPH MILLS** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said RANDOLPH MILLS to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 10TH day of MAY, 2006.


**JOSEPH L. TAURO**
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

SEAL

SARAH A. THORNTON
CLERK OF COURT

By: /S/ Kimberly M. Abaid
    Deputy Clerk

(Habeas Writ.wpd - 3/7/2005)