AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES, Plaintiff

v.

RANDOLPH MILLS, Defendant

**APPEARANCE**

Case Number:   05cr30018

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   United States of America.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 22, 2006 | /s/ Karen L. Goodwin |
| Date | Signature |

| | |
|---|---|
| KAREN L. GOODWIN | 16767 |
| Print Name | Bar Number |

1550 MAIN STREET, #310
Address

| | | |
|---|---|---|
| SPRINGFIELD | MA | 01103 |
| City | State | Zip Code |

| | |
|---|---|
| 413-785-0235 | 413-785-0394 |
| Phone Number | Fax Number |