# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS**, or any of his deputies,

and to:   SHERIFF-FRANKLIN COUNTY SHERIFF'S OFFICE
160 Elm Street, Greenfield, MA 01301

YOU ARE COMMANDED to have the body of ___RANDOLPH MILLS___ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __20__, on the __7TH__ floor, Boston, Massachusetts on __AUGUST 16, 2006__, at __10:30 A.__ M.

for the purpose of __SENTENCING__

in the case of   UNITED STATES OF AMERICA V. ___RANDOLPH MILLS___

CR Number __05-30018-JLT__

And you are to retain the body of said ___RANDOLPH MILLS___ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __RANDOLPH MILLS__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __3rd__ day of __August, 2006__.

JOSEPH L. TAURO
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

SEAL

SARAH A. THORNTON
CLERK OF COURT

/s/
By: ___Zita Lovett___
Deputy Clerk

(Habeas Writ.wpd - 3/7/2005)