UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                               ) | Criminal No. 05-30018-JLT |
| ) | |
| RANDOLPH MILLS,                     ) | |
|       Defendant                              ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the sentence imposed by the district court (Tauro, J) on the defendant Randolph Mills on August 16, 2006, and from the resulting Judgment in a Criminal Case (entered on the docket on August 31, 2006).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/Karen L. Goodwin
KAREN L. GOODWIN
Assistant U.S. Attorney

Certificate of Service

I hereby certify that on September 15, 2006, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/Karen L. Goodwin
KAREN L. GOODWIN
Assistant U.S. Attorney