UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 05-CR-30018 -JLT |
| ) | |
| RANDOPH MILLS ) | |
|     Defendant | |

## APPEARANCE

TO THE CLERK of this Court and all parties of record:

    Enter my appearance (along with existing counsel) as counsel for the government.

    I certify that I am admitted to practice in this Court.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

    By:    /s/ Dina Michael Chaitowitz
    DINA MICHAEL CHAITOWITZ
    Assistant U.S. Attorney
    Chief of Appeals
    John Joseph Moakley Federal Courthouse
    1 Courthouse Way, Suite 9200
    Boston, Massachusetts 02210
    617-748-3361
    Fax: 617-748-3951

Certificate of Service

    I hereby certify that on October 27, 2006, this motion for a stay filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

    /s/ Dina Michael Chaitowitz
    DINA MICAHEL CHAITOWITZ
    Assistant U.S. Attorney
    Chief of Appeals