# United States Court of Appeals
## For the First Circuit

USDC-MA
05-30018

No. 06-2444

UNITED STATES OF AMERICA,

Appellant,

v.

RANDOLPH MILLS, a/k/a DASHE BECKFORD,

Defendant, Appellee.

**JUDGMENT**

Entered: August 30, 2007

[Certification stamp: I HEREBY CERTIFY THE WITHIN IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY. FIRST CIRCUIT COURT OF APPEALS, BOSTON, MA. By: ___ Date: 8/30/07]

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is vacated, and the matter is remanded for resentencing consistent with the opinion issued this day.

Appellant Randolph Mills's pending motions are denied.

By the Court:

**RICHARD CUSHING DONOVAN**
Richard Cushing Donovan, Clerk

[Certified copies to Hon. Joseph L. Tauro and Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts. Copies to Ms. Vuono, Ms. Goodwin, Ms. Chaitowitz, & Mr. Ferrara.]