AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF        MASSACHUSETTS

**APPEARANCE**

Case Number:   05-30018-JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     United States

I certify that I am admitted to practice in this court.

| | |
|---|---|
| September 5, 2007 | /s/ Nadine Pellegrini |
| Date | Signature |
| | Nadine Pellegrini            545606 |
| | Print Name                   Bar Number |
| | One Courthouse Way |
| | Address |
| | Boston            MA            01760 |
| | City               State          Zip Code |
| | 617-748-3115 |
| | Phone Number                 Fax Number |