# United States Court of Appeals
## For the First Circuit

*05-30018*
*USDC/MA(S)*
*J. Tauro*

No. 06-2444

UNITED STATES OF AMERICA,

Appellant,

v.

RANDOLPH MILLS, a/k/a DASHE BECKFORD,

Defendant, Appellee.

---

**JUDGMENT**

Entered: August 30, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is vacated, and the matter is remanded for resentencing consistent with the opinion issued this day.

Appellant Randolph Mills's pending motions are denied.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk
Date: 9.20.07

By the Court:

RICHARD CUSHING DONOVAN

---
Richard Cushing Donovan, Clerk

[Certified copies to Hon. Joseph L. Tauro and Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts. Copies to Ms. Vuono, Ms. Goodwin, Ms. Chaitowitz, & Mr. Ferrara.]