UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:   The Superintendent of Donald W. Wyatt Detention Facility
950 High Street

Central Falls, RI 02863


YOU ARE COMMANDED to have the body of ___Randolph Mills DOB: 1974___ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __1__, on the __3rd__ floor, Boston, Massachusetts on __Thursday, October 11, 2007__, at __9:00__ A.M. for the purpose of ___Re-sentence Hearing___ in the case of   UNITED STATES OF AMERICA V. ___Randolph Mills___

CR Number __05-30018-DPW__

And you are to retain the body of said ___Randolph Mills___ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __Randolph Mills__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __28th__ day of __September, 2007__.


___/S/ Douglas P. Woodlock___
UNITED STATES DISTRICT JUDGE

SARAH A. THORNTON
CLERK OF COURT

By:___/S/ Jarrett Lovett___

Deputy Clerk

(Criminal Habe.wpd)