# UNITED STATES DISTRICT COURT

**DISTRICT OF**      **MASSACHUSETTS**

**United States of America**      **WITHDRAWAL OF APPEARANCE**

v.

**Randolph Mills**      Case Number:    05CR30018

To the Clerk of this court and all parties of record:

Enter this as a Withdrawal of Appearance for Dina M. Chaitowitz, Assistant U.S. Attorney for the District of Massachusetts.

     I certify that I am admitted to practice in this court.

| | |
|---|---|
| **10/1/07** | **/s/Dina M. Chaitowitz,** |
| Date | Signature |
| | **Dina M. Chaitowitz** |
| | Print Name      Bar |
| | **US Attorneys Office, One Courthouse Way** |
| | Address |
| | **Boston**      **MA**    **02127** |
| | City      State      Zip Code |
| | **617-748-3255**      **617-748-3951** |
| | Phone Number      Fax |